IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| THE SHERWIN-WILLIAMS COMPANY, | ) |
| Plaintiff-Counterclaim Defendant, | ) Civil Action No. 5:12-cv-03052-JRA |
| v. | ) Honorable Judge John R. Adams |
| THE WOOSTER BRUSH COMPANY, | ) |
| Defendant-Counterclaim Plaintiff. | ) |

**PLAINTIFF'S STATUS REPORT**

Further to the Court's March 7, 2013 Case Management Plan (the "Plan"), and the October 13, 2015 Status Report, The Sherwin-Williams Company ("Sherwin-Williams") submits the following Status Report:

1. Update on discovery efforts: Fact and expert discovery has been concluded.

2. The parties engaged in mediation on July 20-21, 2015, and are continuing to discuss the possibility of settlement.

3. Pending Motions: In the order (Docket #74) granting Sherwin-Williams' motion to test the sufficiency of Wooster's responses to Sherwin-Williams' requests for admission (Docket #63), the Court held in abeyance its review of Sherwin-Williams' requested monetary sanction against Wooster.

843223v2

4. Finalization of the proposed settlement is subject to contingencies outside of the control of the parties. Depending on the results of those contingencies, it is possible that the parties may ask the Court to extend the current final pretrial conference date and trial date.

/Phil Barengolts/
Counsel for Plaintiff-Counterclaim
Defendant, The Sherwin-Williams Company

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 27, 2015, a copy of foregoing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system. The foregoing was also served via electronic mail on the following: Joseph R. Dreitler (jdreitler@ustrademarklawyer.com) and Mary R. True (mtrue@ustrademarklawyer.com).

/s/ Phil Barengolts
Attorney for The Sherwin-Williams Company