IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| THE SHERWIN-WILLIAMS COMPANY, ) <br> ) <br> Plaintiff-Counterclaim Defendant, ) <br> ) <br> v. ) <br> ) <br> THE WOOSTER BRUSH COMPANY, ) <br> ) <br> Defendant-Counterclaim Plaintiff. ) <br> ) | Civil Action No. 5:12-cv-03052-JRA <br><br> Honorable Judge John R. Adams |

**DEFENDANT'S STATUS REPORT**

Further to the Court's March 7, 2013 Case Management Plan (the "Plan"), Defendant-Counterclaim Plaintiff The Wooster Brush Company ("Wooster") submits the following Status Report:

1. Update on discovery efforts: Fact and expert discovery has been concluded.

2. The parties engaged in mediation on July 20-21, 2015, and are continuing to discuss the possibility of settlement.

3. There are no pending motions before the Court. This matter has been set for Jury Trial beginning on March 21, 2016.

4. There have been no developments that might give rise to a request to deviate from the schedule outlined in the Plan. However, in light of certain contingencies regarding the proposed settlement outside the control of the parties, it is possible that the parties may ask the Court to extend the current final pretrial conference date and trial date.

Respectfully submitted,

/s/ Justin S. Greenfelder
Mark J. Skakun (#0023475)
Justin S. Greenfelder (#0077924)
BUCKINGHAM, DOOLITTLE & BURROUGHS, LLC
4518 Fulton Drive NW, Suite 200
P.O. Box 35548
Canton, Ohio  44735-5548
Phone: (330) 492-8717
Fax:    (330) 492-9625
E-mail:  mskakun@bdblaw.com
jgreenfelder@bdblaw.com
*Attorneys for Defendant/Counterclaim Plaintiff*
*The Wooster Brush Company*

 -and-

Joseph R. Dreitler   (0012241)
Mary R. True         (0046880)
DREITLER TRUE LLC
137 East State Street
Columbus, Ohio 43215
Telephone: (614) 535-6355
Facsimile: (614) 241-2169
Email: jdreitler@ustrademarklawyer.com
            mtrue@ustrademarklawyer.com
*Co-Counsel for Defendant/Counterclaim Plaintiff*
*The Wooster Brush Company*

### CERTIFICATE OF SERVICE

The undersigned certifies that on the 30th day of November, 2015, a copy of the foregoing was filed with the Clerk of Court electronically.  Notice of this filing will be sent to all registered parties by operation of the Court's CM/ECF system.


   /s/  Justin S. Greenfelder

CT2:731032_v1