IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| THE SHERWIN-WILLIAMS COMPANY, | ) | |
| | ) | |
| Plaintiff-Counterclaim Defendant, | ) | Civil Action No. 5:12-cv-03052-JRA |
| | ) | |
| v. | ) | |
| | ) | Honorable Judge John R. Adams |
| THE WOOSTER BRUSH COMPANY, | ) | |
| | ) | |
| Defendant-Counterclaim Plaintiff. | ) | |
| | ) | |

## STIPULATION OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff The Sherwin-Williams Company ("Sherwin") and Defendant The Wooster Brush Company ("Wooster") jointly stipulate that they have resolved all claims and counterclaims alleged in this matter, and that all claims and counterclaims are dismissed with prejudice.  The parties are to bear their own costs and attorneys' fees.  The Court shall retain jurisdiction to enforce the terms of the settlement reached between the parties.

**WE HEREBY SO STIPULATE:**

| | |
|---|---|
| */s/ Mark J. Skakun* | */s/ Thad Chaloemtiarana* (per consent) |
| Mark J. Skakun (#0023475) | Thad Chaloemtiarana (IL Bar #6236829) |
| Justin S. Greenfelder (#0077924) | Phillip Barengolts (IL Bar #6274516) |
| BUCKINGHAM, DOOLITTLE & | Seth I. Appel, Esq. (IL Bar #6307407) |
| BURROUGHS, LLC | Jessica A. Ekhoff (IL Bar #6308953) |
| 4518 Fulton Drive NW, Suite 200 | PATTISHALL, MCAULIFFE, NEWBURY, |
| P.O. Box 35548 | HILLIARD & GERALDSON LLP |
| Canton, Ohio  44735-5548 | 311 S. Wacker Drive, Suite 5000 |
| Phone: (330) 492-8717 | Chicago, IL  60606 |
| Fax:    (330) 492-9625 | Telephone: (312) 554-8000 |
| E-mail:  mskakun@bdblaw.com | E-mail: tc@pattishall.com |
| jgreenfelder@bdblaw.com | pb@pattishall.com |
| *Attorneys for Defendant/Counterclaim Plaintiff* | sia@pattishall.com |
| *The Wooster Brush Company* | jae@pattishall.com |

| | |
|---|---|
| -and-<br><br>Joseph R. Dreitler   (0012241)<br>Mary R. True          (0046880)<br>DREITLER TRUE LLC<br>19 East Kossuth Street<br>Columbus, Ohio 43206<br>Telephone: (614) 449-6677<br><br>Email: jdreitler@ustrademarklawyer.com<br>        mtrue@ustrademarklawyer.com<br>*Co-Counsel for Defendant/Counterclaim*<br>*Plaintiff The Wooster Brush Company* | -and-<br><br>Hugh E. McKay (0023017)<br>Brodie M. Butland (0084441)<br>PORTER WRIGHT MORRIS & ARNOLD,<br>LLP<br>925 Euclid Avenue, Suite 1700<br>Cleveland, OH  44115<br>Telephone: (216) 443-9000<br>E-mail: hmckay@porterwright.com<br>bbutland@porterwright.com<br>*Attorneys for Plaintiff/Counterclaim Defendant*<br>*The Sherwin-Williams Company* |

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 21st day of December, 2015, a copy of the foregoing was filed with the Clerk of Court electronically.  Notice of this filing will be sent to all registered parties by operation of the Court's CM/ECF system.

    /s/  Mark J. Skakun          

CT2:731445_v1